IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCES J. LANIOHAN,

      Plaintiff,                                   No. CIV S-08-0738 DAD

      v.

MICHAEL J. ASTRUE,                       <u>ORDER TO SHOW CAUSE</u>
Commissioner of Social Security,

      Defendant.
_____/

        On April 9, 2008, the court granted plaintiff's request to proceed in forma pauperis and directed plaintiff to submit to the United States Marshal, within fifteen days, a completed summons, four copies of the complaint, and a copy of the court's scheduling order. In addition, plaintiff was instructed to file a statement with the court advising the date upon which said documents were submitted to the United States Marshal. The time period has now expired and plaintiff has not filed the required statement with the court and there is no indication on the docket that plaintiff has submitted the necessary documents for service to the United States Marshal. Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within ten days why this case should not be

/////

/////

/////

1

1  dismissed for lack of prosecution.  Failure to <u>timely</u> file the required writing will result in dismissal of
2  the action.
3  DATED: May 30, 2008.

```
                                        _____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE
```

7  DAD:lg
   ddad1/orders.socsec/laniohan0738.osc.service