IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCES J. LANIOHAN,

    Plaintiff,                               No. CIV S-08-0738 DAD

    v.

MICHAEL J. ASTRUE,                 ORDER
Commissioner of Social Security,

    Defendant.
_____/

        By order filed May 30, 2008, plaintiff was directed to show cause in writing within ten days why this case should not be dismissed for lack of prosecution.  On June 6, 2008, plaintiff filed a timely response indicating that documents were submitted to the United States Marshal on May 5, 2008.  Although plaintiff did not submit the documents within 15 days after April 9, 2008, as directed, the court will not dismiss the case.  IT IS ORDERED that the May 30, 2008 order to show cause is discharged and this matter will proceed according to the terms of the court's scheduling order filed on April 9, 2008.

DATED: June 18, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/laniohan0738.discharge.osc